**Order entered May 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00999-CR

**JACKY SCOTT GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81797-2012**

## ORDER

On February 18, 2015, this Court ordered Jan Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits, by April 1, 2015. To date, Ms. Dugger has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Jan Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 p.m. on MONDAY, MAY 11, 2015**. If the record, including all exhibits is not filed by the date and time specified, we will order that Jan Dugger not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Jan Dugger, official court reporter, 296th Judicial District Court, and to counsel for all parties.

/s/  LANA MYERS
    JUSTICE